**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

INDIA DAVIS,

    Plaintiff,                                 Case No.: 3:17-cv-00325-TJC-MCR

vs.

CAPITAL ONE BANK (USA), N.A.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    COMES NOW the Plaintiff, INDIA DAVIS, by and through undersigned counsel, and pursuant to Local Rule 3.08, United States District Court, Middle District of Florida, hereby gives notice to the clerk, parties and their counsel that has been reached between Plaintiff and Defendant, CAPITAL ONE BANK (USA), N.A.  The Parties are in the process of finalizing the settlement and expect to submit a dismissal of this case shortly.

Dated: November 20, 2017.          Respectfully submitted,

                                                  By: **/s/Ryan G. Moore**_____
                                                  **Ryan G. Moore** – Florida Bar No. 70038
                                                  ryan@beacheslaw.com
                                                  **FIRST COAST CONSUMER LAW**
                                                  *Attorneys for Plaintiffs*
                                                  340 Third Avenue South, Suite A
                                                  Jacksonville, FL 32250-6767
                                                  Tel.: 904-242-7070; Fax 904-242-7054

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that this 20th day of November, 2017 a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system to:

Joshua H. Threadcraft
Joshua.threadcraft@burr.com
Megan P. Stephens
Megan.stephens@burr.com
Burr & Forman LLP
420 N. 20th Street, Suite 3400
Birmingham, AL 35203
*Attorneys for Defendant*

                                                /s/ Ryan G. Moore_____