UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

INDIA DAVIS,

    Plaintiff,                                  Case No.: 3:17-cv-00325-TJC-MCR

vs.

CAPITAL ONE BANK (USA), N.A.,

    Defendant.
_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
OF CLAIMS CREDIT PROTECTION ASSOCIATION, L.P.**

COME NOW the Plaintiff, INDIA DAVIS, and the Defendant, CAPITAL ONE BANK (USA), N.A. ("CAPITAL ONE"), by and through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., would represent that this action has been resolved as to Ms. Davis' claims against CAPITAL ONE, and would request and entry of an Order dismissing Ms. Davis' claims against CAPITAL ONE with prejudice, with each party to bear their own costs and attorney's fees.

| | |
|---|---|
| /s/ Ryan G. Moore | /s/ Megan Stephens |
| Ryan G. Moore, FBN: 70038 | Megan Stephens, FBN: 92557 |
| First Coast Consumer Law | Burr & Forman LLP |
| 340 Third Avenue South, Suite A | 420 N. 20th Street, Suite 3400 |
| Jacksonville Beach, FL 32250 | Birmingham, AL 35203 |
| T: 904-242-7070 F: 904-242-7054 | T: 205-251-3000 F: 205-413-8701 |
| ryan@beacheslaw.com | Megan.Stephens@burr.com |
| *Attorney for Plaintiff* | *Attorney for Capital One Bank (USA), N.A.* |