UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

INDIA DAVIS,

    Plaintiff,

v.                                Case No.  3:17-cv-325-J-32MCR

CAPITAL ONE BANK (USA), N.A.,

    Defendant.

_____

**O R D E R**

Upon review of Joint Stipulation For Dismissal With Prejudice of Claims Credit Protection Association, L.P.[1] (Doc. 21), filed on December 29, 2017, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 2nd day of January, 2018.

TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies:

Counsel of record

---

[1] This document is seemingly mistitled. Plaintiff in this case is India Davis, not Credit Protection Association, L.P.